UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PETER RILEY, AS TEMPORARY GUARDIAN OF THE ESTATE PENDING CONTEST OF JOHN A. RILEY, <br>     Plaintiff, <br> v. <br><br> DONNA MCNALLY, INDIVIDUALLY, AND AS TRUSTEE OF THE JOHN RILEY TRUST, <br>     Defendant. | § § § § § § § § § § | Case No. 1:24-cv-00401 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Donna McNally, Individually, and as Trustee of the John A. Riley Trust ("McNally"), files this Notice of Removal of the present action from the Probate Court Number One (1) of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division. In connection with this Notice of Removal, Defendant would respectfully show unto the Court as follows:

I.
Introduction

1. Plaintiff, Peter Riley ("Peter"), filed his Original Petition on or about March 15, 2024, in the Probate Court Number One (1) of Travis County, Texas, in Cause No. C-1-PB-000654, styled *Peter Riley, As Temporary Guardian of the Estate Pending Contest of John A. Riley v. Donna McNally, Individually, and as Trustee of the John Riley Trust* against Defendant Donna McNally, Individually, and as Trustee of the John A. Riley Trust. *See* Pl.'s Original Pet. [Ex. D].

II.
Removal is Timely

2. Donna was served in her Individual capacity and as Trustee of the John Riley Trust with Plaintiff's Original Petition on or about April 2, 2024. This Notice of Removal is being filed on April 16, 2024, which is "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based" in accordance with 28 U.S.C. § 1446(b)(1).

III.
Grounds for Removal

A.   Complete Diversity of Citizenship Exists Between the Parties.

3. Removal is proper because there is complete diversity of citizenship between the parties, and the alleged amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

4. Peter is a resident and citizen of Texas. *See Pl.'s Original Pet.* [Ex. D, Exh. A at 1].

5. Donna is a resident of the State of New York. *Id.* [Ex. D at 2]. Donna is the sister of John A. Riley ("John"), an alleged incapacitated person, and Peter, Temporary Guardian of the Estate Pending Contest of John A. Riley. *Id.* at 2-3. John suffered a medical emergency in New York on or about July 14, 2023. *Id.* While in New York, and with advice and consultation of counsel, John executed a Power of Attorney New York Statutory Short Form ("POA"), naming Donna as agent under the POA, and created the John A. Riley Trust, which appoints Donna as Trustee. *Id.*

B.    <u>The Amount in Controversy Exceeds $75,000</u>.

6.    In his Plaintiff's Original Petition, Peter alleges, "Donna has transferred millions of dollars of John's assets into her name or into the Trust that she controls." *Pl.'s Original Pet.* [Ex. D at 5]. Peter further alleges that Donna breached her fiduciary duty by accepting these assets when John lacked mental capacity. *Id.* at 6. In addition to allegations of theft and breach of fiduciary duty, Peter seeks a declaratory judgment that the transfer of John's assets are void. *Id.* at 8. Accordingly, the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332(a)(2).

C.    <u>Venue</u>

7.    Peter filed this action in Travis County, Texas. The Austin Division of the Western District of Texas encompasses Travis County, Texas. *See* 28 U.S.C. § 124(c)(2). This district and division thus embrace the place where the state court action is pending. *Id.* at § 1441(a).

## IV.
## Procedural Requirements for Removal

8.    Plaintiff served Defendant on April 2, 2024. This Notice of Removal is being filed on April 16, 2024. This Notice of Removal is therefore timely filed within 30 days of when Defendant received Plaintiff's Original Petition and within one year of the commencement of this suit. *See id.* § 1446(b).

9.    A copy of this Notice of Removal will be filed with the Travis County Clerk's office and served on Plaintiff promptly. *See id.* § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005).

10.    Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by copies of the following materials:

3

| | | |
|---|---|---|
| Exhibit A: | | Civil Cover Sheet |
| Exhibit B: | | Supplemental Civil Cover Sheet |
| Exhibit C: | | Case Summary (Case Information and Case Events) |
| Exhibit D: | | Original Petition |
| Exhibit E: | | Request to Clerk for Issuance of Citation to Donna McNally |
| Exhibit F: | | Original Answer of Guardian Ad Litem |
| Exhibit G: | | Request to Clerk for Issuance of Citation to Donna McNally, Individually, and Donna McNally as Trustee of the John Riley Trust |
| Exhibit H: | | Citation Return of Service to Donna McNally, Individually |
| Exhibit I: | | Citation Return of Service to Donna McNally, as Trustee of the John Riley Trust |
| Exhibit J: | | Donna McNally's Special Appearance and Motion to Dismiss |
| Exhibit K: | | Donna McNally's Amended Special Appearance and Motion to Dismiss |
| Exhibit L: | | Notice of Filing of Notice of Removal |

11. The filing fee has been paid to the Clerk.

12. The filing of this Notice of Removal, along with the filing of the Notice of Filing Notice of Removal in the state court and service of the notice upon Peter's counsel, serves immediately to confer exclusive jurisdiction of this cause upon this Court and divests the state court of all jurisdiction over these proceedings and claims.

V.
Prayer

13. For these reasons, Defendant prays that the above-styled action pending in the Probate Court Number One (1) of Travis County, Texas, be removed to this Honorable Court pursuant to the Court's diversity jurisdiction.

14. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

        Respectfully Submitted,

        Ford + Bergner LLP

        /s/ Marcus W. Waters
        MARCUS W. WATERS
        Attorney-in-Charge
        Texas Bar No. 24008243
        DEBRA L. BRADBERRY
        Texas Bar No. 24048362
        700 Louisiana, 48th Floor
        Houston, Texas 77002
        Ph.: 713-260-3926
        Fx.: 713-260-3903
        mwaters@fordbergner.com
        dbradberry@fordbergner.com
        Attorneys for Donna McNally, Individually,
        and as Trustee of the John A. Riley Trust

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system or otherwise served electronically on this 16th day of April 2024:

Brian T. Thompson
THOMPSON EAST, PLLC
1301 S. Capital of Texas Hwy., Suite C-120
Austin, Texas 78746
bthompson@thompsoneast.com
Attorney for Plaintiff

Eryn Lyle
HOPPER MIKESKA PLLC
Barton Oaks Plaza Two, Suite 570
901 South MoPac Expressway
Austin, Texas 78746
elyle@hoppermikeska.com
Attorney Ad Litem for John A. Riley ("Proposed Ward")

Glenn M. Karisch
KARSICH JONAS LAW, PLLC
9111 Jollyville Road, Suite 225
Austin, Texas 78759
karsich@texasprobate.com
Guardian Ad Litem for John A. Riley ("Proposed Ward")

/s/ Debra L. Bradberry
DEBRA L. BRADBERRY